IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COURTNEY J. SAVAGE,

        Petitioner,

vs.

SCOTT FRAKES,

        Respondent.

4:22CV3046

**ORDER**

    This matter is before the court on its own motion. On March 21, 2022, Petitioner Courtney J. Savage filed with the court a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Filing 1.) Petitioner has another pending habeas case in this court—Case No. 4:22CV3043—which he filed on March 18, 2022. The petition in the present case is nearly identical to the petition filed in Case No. 4:22CV3043, with the only differences being that the order of the pages is corrected in the present petition and the signature page includes a date. (*Compare* Filing 1 *with* Filing 1, Case No. 4:22CV3043.) Upon examination, the court believes Petitioner's pleading is more properly construed as an amended petition intended for filing in Case No. 4:22CV3043. Accordingly,

    IT IS ORDERED that:

    1.    The clerk of the court is directed to close this case for statistical purposes.

    2.    The clerk of the court is directed to file Petitioner's habeas petition (filing 1) as an amended petition in case number 4:22CV3043.

Dated this 23rd day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2